

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

### FORT WORTH

### NO. 02-17-00327-CV

IN RE ANGELO MOSES AND                                                    RELATORS
TIFFANY MOSES

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 096-279625-15

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

PER CURIAM

PANEL: SUDDERTH, KERR, and PITTMAN, JJ.

DELIVERED: September 29, 2017

---

[1]See Tex. R. App. P. 47.4, 52.8(d).